1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2
   HALL JAFFE & CLAYTON, LLP
3  7455 W. WASHINGTON AVENUE
   SUITE 460
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorney for Defendant,
   State Farm Mutual Automobile Insurance
7  Company

8

                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11  PATRICK THOMAS,

12              Plaintiff,                CASE NO.: 2:10-cv-00801-LDG-PAL

13  vs.

14  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY, LINDSAY           STIPULATION AND ORDER FOR
15  AINSWORTH, ED PAILES INSURANCE       DISMISSAL WITH PREJUDICE
    AGENCY, and DOES I through X inclusive,
16  and ROE CORPORATIONS I through X,
    inclusive,
17
                Defendants.
18

19
        IT IS HEREBY STIPULATED by and between the Plaintiff, Patrick Thomas, and Defendant,
20
    State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective
21
    counsel, Law Offices of James J. Ream, Esq., for Plaintiff, and Hall Jaffe & Clayton, LLP, for
22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorney
2  fees.
3  DATED this 10th day of December, 2010.        DATED this 10th day of December, 2010.
4  LAW OFFICES OF JAMES J. REAM, ESQ.            HALL JAFFE & CLAYTON, LLP

6  By /s/ James J. Ream                          By /s/ Riley A. Clayton
   James J. Ream, Esq.                              Riley A. Clayton, Esq.
7  Nevada Bar No. 003573                            Nevada Bar No. 005260
   333 N. Rancho, Suite 530                         7455 W. Washington Ave., Suite 460
8  Las Vegas, Nevada 89106                          Las Vegas, Nevada 89128
   Attorney for Plaintiff                           Attorney for Defendant

                                    **AND**

                                    Joseph F. Nistico, Jr., Esq.
                                    NISTICO, CROUCH & KESSLER, P.C.
                                    5151 San Felipe, Suite 900
                                    Houston, Texas 77056
                                    Fax: (713) 781-7222
                                    *Co-Counsel for Defendant,*
                                    *State Farm Mutual Automobile Insurance Company*


                              **O R D E R**

              IT IS SO ORDERED.

              Dated  15 Dec 2010

              _____
              UNITED STATES DISTRICT COURT JUDGE